UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>*Plaintiff,*<br><br>v.<br><br>NORMA SILVA,<br><br>*Defendant.* | HON. JOSE L. LINARES, U.S.D.J.<br><br>*No.* 2:08-cr-424-001<br><br>ORDER |

This matter having been opened to the Court by Norma Silva, Defendant *pro se*, seeking an Order granting her permission to sell real property located at 9 Morning Star Road, Flemington, New Jersey ("Real Property") and releasing a lien placed by the United States' on that property, and the Court having considered the matter,

IT IS on this 14th day of August, 2012

ORDERED that the Court will not release the lien on the Real Property, but that the Defendant is free to sell the Real Property subject to the lien.

HONORABLE JOSE L. LINARES, U.S.D.J.
United States District Court